Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Kyungnan Lee, *individually and on behalf of all others similarly situated*,<br>　　　　Plaintiff,<br><br>Against<br><br>Midland Credit Management, Inc.,<br>　　　　Defendant. | Case No.: 2:23-cv-05784-FLA-PD<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED: December 6, 2023　　　　　THE LAW OFFICES OF JONATHAN A. STIEGLITZ

　　　　　　　　　　　　　　　　　　By:　*/s/Jonathan A. Stieglitz*
　　　　　　　　　　　　　　　　　　　　　Jonathan A. Stieglitz
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Kyungnan Lee

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz, Esq.