1  Jonathan A. Stieglitz
   Jonathan.A.Stieglitz@gmail.com
2  THE LAW OFFICES OF JONATHAN STIEGLITZ
   11845 West Olympic Blvd Suite 800
3  Loa Angeles, CA 90064
   Telephone: (323) 979-2063
4
5  Attorney for Plaintiff
   Kyungnan Lee
6  Thomas F Landers, Jr.
   Tlanders@swsslaw.com
7  Solomon Ward Seidenwurm and Smith LLP
   401 B. Street Suite 1200
8  San Diego, CA 92101
   Telephone: (619) 231-0303
9
10 Attorneys for Defendant
   Midland Credit Management, Inc.
11

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kyungnan Lee, individually and on behalf of all others similarly situated, | Case No.: 2:23-cv-5784 |
| Against | **The Hon. Kenly Kiya Kato** |
| Midland Credit Management, Inc. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | [Filed concurrently with (Proposed Order)] |
| | Complaint Filed: 7/18/2023 |

Plaintiff Kyungnan Lee ("Plaintiff") and the Defendant, have resolved their differences, by and through their respective counsels of record, that the above-

captioned action, including the parties and claims alleged therein have resolved their differences and hereby stipulate to dismissal with prejudice of Plaintiff's claims against Defendant accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).  Plaintiff and Defendant also stipulate that each party will bear its own attorneys' fees and costs.

    Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Stipulation of Dismissal with Prejudice.

DATED:  January 2, 2024            The Law Offices of Jonathan Stieglitz

                                        By:    */s/Jonathan A. Stieglitz*
                                                     Jonathan A. Stieglitz
                                                     Attorneys for Plaintiff
                                                     Kyungnan Lee

DATED: January 2, 2024             Solomon Ward Seidenwurm and Smith LLP

                                        By:    */s/ Thomas F. Landers, Jr.*
                                                     Thomas F. Landers, Jr.
                                                     Attorneys for Defendant
                                                     Midland Credit Management, Inc.