Jonathan A. Stieglitz
Jonathan.A.Stieglitz@gmail.com
THE LAW OFFICES OF JONATHAN STIEGLITZ
11845 West Olympic Blvd Suite 800
Loa Angeles, CA 90064
Telephone:  (323) 979-2063

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyungnan Lee, individually and on behalf of all others similarly situated, | Case No.: 2:23-cv-5784-KK-PDx |
| Against | **The Hon. Kenly Kiya Kato** |
| Midland Credit Management, Inc. | **PROPOSED ORDER FOR CASE DISMISSAL WITH PREJUDICE** |
| Defendant | Complaint Filed:  7/18/2023 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal With Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that Plaintiff Kyungnan Lee ("Plaintiff") and Defendant is dismissed with prejudice with each party to bear their respective costs and fees

BY THE COURT:

 January 5, 2024
DATE:

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE